UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROOSEVELT MITCHELL,

    Plaintiff,

v.                                                     Case No: 5:17-cv-325-Oc-30PRL

BRANDON VESELY, VICTOR J.
MUSLEH, GREGORY ADAM
WALLACH, GRAY ROBINSON,
TERRANCE W. ANDERSON, EDWARD
B. PRITCHARD and JAMES DIMON,

    Defendants.

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Plaintiff Roosevelt Mitchell has filed two notices in this case. (Docs. 5 and 7). In the first, Plaintiff filed a purported order to cease and desist from "The De Jure United States District Court District of Florida." (Doc. 5). The purported order, signed by Plaintiff as "Attornatus Privatus" and "Superior Court Judge" Maximus Aguilar, ordered Lisa Herndon to stop all actions against Plaintiff, and threatened to hold in contempt anyone who interfered with the court. (Doc. 5). The second notice, also signed by Plaintiff and Maximus Aguilar, purports to be an order dropping Victor J. Musleh—a senior judge in the Fifth Judicial Circuit of Florida—as a Defendant. (Doc. 7).

Federal Rule of Civil Procedure 12(f) provides that the Court may, on its own, order "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter"

stricken from the record. The notices—or purported "orders" filed by Plaintiff—certainly qualify as immaterial, impertinent, or scandalous. They are, to be succinct, fake nonsense and without legal authority. There is no "De Jure United States District Court" that has authority to order anyone to do anything. And there is no superior court in Florida over which Maximus Aguilar—if that person even exists—could preside. So the Court finds it appropriate to strike these fraudulent orders.

Accordingly, it is ORDERED AND ADJUDGED that:

1. The Clerk is directed to strike Docs. 5 and 7 from the docket.

2. Plaintiff is prohibited from filing any similar documents in this case, meaning purported orders from the "De Jure United States District Court." Failure to comply with this Order could result in the Plaintiff's case being dismissed without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of September, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record